# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PPF MANAGEMENT LLC<br>            Plaintiff,<br><br>        v.<br><br>OJSC SBERBANK OF RUSSIA<br>SBERBANK CAPITAL<br>SBERBANK CIB USA, INC.<br>NEO CENTRE<br>PROMSVYAZBANK PAO<br>JSC NATIONAL AGGREGATES COMPANY<br>KLEVER ASSET MANAGEMENT<br>KLEVER INTERNET INVESTMENT<br>ALETARRO LTD.<br>NISORAM HOLDING LTD.<br>URASAY LTD.<br>MOSTRA CONSULTING LTD.<br>SUINTEX LTD.<br>GERMAN GREF<br>OLEG GREF<br>ASHOT KHACHYATUREANTS<br>YURIY ZHUKOV<br>GREGORY SHIRIN<br>KIRILL NOGOTKOV<br>ALEXEY BAZARNOV<br>ZOYA GALEEVA<br>SERGEY KUBLITSKIY,<br><br>        Defendants. | C.A. No.<br><br>**CONFIDENTIAL**<br>**FILED UNDER SEAL PURSUANT**<br>**TO Fed. R. Civ. P. 5(d)**<br><br>**DO NOT ENTER ON PACER**<br>**DO NOT PLACE IN PRESS BOX** |

Upon consideration of PPF Management LLC's Motion to Seal File, it is hereby ORDERED that

the Clerk of the Court shall maintain all documents in this matter under seal, pending further order of the Court.

Dates:

_____

UNITED STATES DISTRICT COURT JUDGE