# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| PPF MANAGEMENT LLC | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| OJSC SBERBANK OF RUSSIA, et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See List of Defendants Attached Hereto

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Caroline Heller    Sanford M. Saunders, Jr.
    Greenberg Traurig, LLP    Nicoleta Timofti
    MetLife Building    Greenberg Traurig, LLP
    200 Park Avenue    2101 Street, NW, Suite 1000
    New York NY 10166    Washington, DC 20037

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____  _____
                                                                                        *Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____
                                                    _____
                                                            *Server's signature*

                                                    _____
                                                            *Printed name and title*


                                                    _____
                                                            *Server's address*

Additional information regarding attempted service, etc:

|     | **Defendants**                                                                                                                   |
| --- | -------------------------------------------------------------------------------------------------------------------------------- |
| 1.  | OJSC SBERBANK OF RUSSIA<br>19 Vavilova St., 117997<br>Moscow, Russian Federation                                                 |
| 2.  | SBERBANK CAPITAL<br>40 Bolshaia Ordynka Street<br>Building 4, 119017<br>Moscow, Russian Federation                               |
| 3.  | SBERBANK CIB USA, Inc.<br>Carnegie Hall Tower<br>152 WEST 57th Street<br>44th floor, New York, NY 10019                          |
| 4.  | KLEVER ASSET MANAGEMENT<br>31 Novinsky Boulevard<br>7th floor, 123242<br>Moscow, Russian Federation                              |
| 5.  | KLEVER INTERNET INVESTMENT<br>31 Novinsky Boulevard<br>7th floor, 123242<br>Moscow, Russian Federation                           |
| 6.  | JSC NATIONAL AGGREGATES COMPANY<br>AO Natsionalnaya Nerudnaya Kompaniya<br>18A Magistralnaya Street,<br>123290, Moscow,<br>Russia Federation |
| 7.  | ALETARRO LTD.<br>17 Gr. Xenopoulou Street<br>Limassol 3106, Cyprus                                                               |
| 8.  | NISORAM HOLDING LTD.<br>17 Gr. Xenopoulou Street<br>Limassol 3106, Cyprus                                                        |
| 9.  | URASAY LTD.<br>9 Waterfront Drive<br>P.O. Box 3540<br>Road Town, Tortola<br>VG1110 British Virgin Islands                        |
| 10. | MOSTRA CONSULTING LTD.<br>197 Main Street<br>P.O. Box 3540<br>Road Town, Tortola<br>VG1110 British Virgin Islands                |
| 11. | SUINTEX LTD.<br>Craigmuir Chambers                                                                                               |

|     | |
| --- | --- |
|     | Road Town, Tortola<br>VG 1110<br>British Virgin Islands |
| 12. | NEO CENTRE<br>41 Novoslobodskaya St.<br>127055<br>Moscow, Russian Federation |
| 13. | PROMSVYAZBANK PAO<br>Str. Smirnoff, d. 10,<br>109052<br>Moscow, Russia Federation |
| 14. | GERMAN GREF<br>19 Vavilova St., 117997<br>Moscow, Russia Federation |
| 15. | OLEG GREF<br>41 Novoslobodskaya St.<br>127055<br>Moscow, Russian Federation |
| 16. | ASHOT KHACHYATUREANTS<br>40 Bolshaia Ordynka Street<br>Building 4, 119017<br>Moscow, Russian Federation |
| 17. | YURIY ZHUKOV<br>Baumanskaya Ul, D58A<br>Kv76, 105005<br>Moscow, Russian Federation |
| 18. | GREGORY SHIRIN<br>12 Krasnopresnenskaya<br>Naberezhnaya, 26th floor<br>123610 Moscow, Russian Federation |
| 19. | KIRILL NOGOTKOV<br>5/12 Khvalnynskiy Bvd. Ap. 28<br>109153 Moscow, Russian Federation |
| 20. | ALEXEY BAZARNOV<br>SRO DELO<br>Balakirevsky pereulok, 19<br>105082 Moscow, Russian Federation |
| 21. | ZOYA GALEEVA<br>9 Demyana Bednogo Street, Ap. 49<br>123423 Moscow, Russian Federation |
| 22. | SERGEY KUBLITSKIY<br>22 Skolkovskoe drive, Coop. 1, ap. 57<br>121353 Moscow, Russian Federation |