**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number *(if known):* 17-_____   Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding     12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. | Debtor's name | Sergey Petrovich Poymanov |
| 2. | Debtor's unique identifier | **For non-individual debtors:**<br>☐ Federal Employer Identification Number (EIN) __ __ – __ __ __ __ __ __ __<br>☐ Other _____. Describe identifier _____<br><br>**For individual debtors:**<br>☐ Social Security number:  xxx – xx– __ __ __ __<br>☐ Individual Taxpayer Identification number (ITIN):  9 xx – xx – __ __ __ __<br>☑ Other 503207056753. Describe identifier Taxpayer Identification Number ("INN") |
| 3. | Name of foreign representative(s) | Aleksey Vladimirovich Bazarnov |
| 4. | Foreign proceeding in which appointment of the foreign representative(s) occurred | Commercial (Arbitrazh) Court of the Moscow Region case No. A41-78484/15 |
| 5. | Nature of the foreign proceeding | *Check one:*<br>☑ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. | Evidence of the foreign proceeding | ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br><br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br><br>☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br>Orders of Russian Bankruptcy Court attached as Exhibits B, C and D to the Russian Legal Declaration |
| 7. | Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)? | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br>☑ Yes |

Official Form 401                Chapter 15 Petition for Recognition of a Foreign Proceeding                page 1

| Debtor | Sergey Petrovich Poymanov | Case number (*if known*) 17- |
|---|---|---|
| | Name | |

**8. Others entitled to notice**   Attach a list containing the names and addresses of:

  (i) all persons or bodies authorized to administer foreign proceedings of the debtor,

  (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

  (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

**Country where the debtor has the center of its main interests:**

Russia

**Debtor's registered office:**

_____
Number     Street

_____
P.O. Box

_____
City      State/Province/Region     ZIP/Postal Code

_____
Country

**Individual debtor's habitual residence:**

13 Rozhdestvenskiy Boulevard
Number     Street

_____
P.O. Box

Moscow                               107045
City     State/Province/Region     ZIP/Postal Code

Russia
Country

**Address of foreign representative(s):**

Balakirevsky pereulok, 19
Number     Street

_____
P.O. Box

Moscow                               105082
City     State/Province/Region     ZIP/Postal Code

Russia
Country

**10. Debtor's website** (URL)   _____

**11. Type of debtor**

*Check one:*

☐ Non-individual (*check one*):

  ☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

  ☐ Partnership

  ☐ Other. Specify: _____

☑ Individual

Official Form 401     Chapter 15 Petition for Recognition of a Foreign Proceeding     page 2

| Debtor | Sergey Petrovich Poymanov | Case number (if known) 17- |
|---|---|---|
| | Name | |

**12. Why is venue proper in *this* district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____/s/_____   Aleksey Vladimirovich Bazarnov
Signature of foreign representative    Printed name

Executed on   03/03/2017
              MM / DD / YYYY

✗ _____   _____
Signature of foreign representative    Printed name

Executed on  _____
              MM / DD / YYYY

**14. Signature of attorney**

✗ /s/ Owen C. Pell                     Date  03/03/2017
Signature of Attorney for foreign representative   MM / DD / YYYY

Owen C. Pell
Printed name

White & Case LLP
Firm name

1155 Avenue of the Americas
Number    Street

New York                          NY        10036
City                              State     ZIP Code

(212) 810-8200                    opell@whitecase.com
Contact phone                     Email address

1940519                           NY
Bar number                        State

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3