

Sanford M. Saunders, Jr.
Tel 202.331.3130
Fax 202.261.0150
saunderss@gtlaw.com

November 10, 2017

BY ECF

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

Re: **PPF Management LLC v. OJSC Sberbank of Russia et al.**
  **No. 16-cv-09139 (PGG)**

Dear Judge Gardephe:

We provide the following update on behalf of our client Plaintiff PPF Management LLC ("PPF") and with the concurrence of counsel for OJSC Sberbank of Russia, Sberbank Capital, NEO Centre, Herman Gref, Oleg Gref, and Ashot Khachyatureants , and the other Defendants in this action. Further to a conversation with Chambers on November 9, 2017, we write to advise the Court that the parties agree that the initial pre-trial conference scheduled for November 17, 2017 at 12:30 p.m. (Dkt. # 91) should be adjourned to December 20, 2017 at 10:00 a.m.

The parties also will contact the Court in advance of that date to provide a status update regarding the proceedings in *In Re Sergey Petrovich Poymanov*, Bankruptcy Case No. 17-10516, where the Court has under advisement a pending motion to enforce an automatic stay. In addition, prior rulings are on appeal before the United States District Court for the Southern District of New York. The parties will contact the Court and seek a further adjournment if necessary.

Respectfully yours,

Sanford M. Saunders, Jr.

cc: All counsel of record (by ECF)

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BERLIN¬
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON'
LOS ANGELES
MEXICO CITY·
MIAMI
MILAN¨
NEW JERSEY
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME¨
SACRAMENTO
SAN FRANCISCO
SEOUL·
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TOKYO⁺
WARSAW~
WASHINGTON, D.C.
WESTCHESTER COUNTY
WEST PALM BEACH

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
2101 L Street NW, Suite 1000, Washington, DC 20037 ■ Tel: 202.331.3100 ■ Fax 202.331.3101