

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

February 13, 2018

<u>BY ECF</u>

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

**PPF Management LLC v. OJSC Sberbank of Russia et al.
No. 16-cv-09139 (PGG)**

Dear Judge Gardephe:

     I am writing on behalf of my clients OJSC Sberbank of Russia, NEO Centre, Herman Gref, Oleg Gref, Sberbank Capital, and Ashot Khachaturyants, and the other Defendants in this above-captioned action.  At the request of Plaintiff PPF Management LLC ("PPF"), the parties requested a further adjournment of the initial pre-trial conference scheduled for February 14, 2018, at 11:00 a.m. (Dkt. # 99). Further to conversations with Chambers on February 7, 2018 and February 12, 2018, in which counsel for PPF and I participated, I write to advise the Court that the parties are available for the pre-trial conference on  March 6, 2018.

     To secure Defendants' consent to this further adjournment PPF agreed to provide notice to the Defendants two weeks prior to the rescheduled hearing date as to whether PPF intends to (a) proceed on the current complaint (Dkt. # 9); (b) file an amended complaint in this Court; (c) dismiss the action and file a new complaint in state court; or (d) dismiss the action without filing a new complaint.

                                       Respectfully submitted,

                                       /s/   William H. Taft V
                                         William H. Taft V

cc:     All counsel of record (by ECF)