USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PPF MANAGEMENT LLC,

                Plaintiff,

- against -

OJSC SBERBANK OF RUSSIA
SBERBANK CAPITAL
SBERBANK CIB USA, INC.
NEO CENTRE
PROMSVYAZBANK PAO
JSC NATIONAL AGGREGATES COMPANY
KLEVER ASSET MANAGEMENT
KLEVER INTERNET INVESTMENT
ALETARRO LTD.
NISORAM HOLDING LTD.
URASAY LTD.
MOSTRA CONSULTING LTD.
SUINTEX LTD.
GERMAN GREF
OLEG GREF
ASHOT KHACHYATUREANTS
YURIY ZHUKOV
GREGORY SHIRIN
KIRILL NOGOTKOV
ALEXEY BAZARNOV
ZOYA GALEEVA
SERGEY KUBLITSKIY,

                Defendants.

**ORDER**

16 Civ. 9139 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that there shall be a conference in this matter on **February 27, 2018 at 10:15 a.m.** to discuss Greenberg Traurig, LLP's request to withdraw as counsel for PPF Management LLC. Any written submissions regarding this request shall be filed by **February 23, 2018.**

It is further ORDERED that the Declaration and Memorandum submitted to this Court ex parte in connection with its request to withdraw shall be filed under seal.

Greenberg Traurig is directed to serve a copy of this Order, Declaration, and Memorandum by overnight mail upon PPF Management's representative at the representative's last-known address on or before **February 16, 2018**.

It is further ORDERED that a representative of PPF Management shall appear at this conference.

Dated: New York, New York
       February 15, 2018

SO ORDERED.

Paul G. Gardephe
United States District Judge