```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
PPF MANAGEMENT LLC,                                      :
                                                         :
                Plaintiff,                               :
                                                         :
        - against -                                      :   Case No. 1:16-cv-09139 (PGG)
                                                         :
OJSC SBERBANK OF RUSSIA, et al.,                         :
                                                         :
                Defendants.                              :
-------------------------------------------------------- X
```

## MOTION TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL RULE 1.4

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Sonia R. Farber of Debevoise & Plimpton LLP hereby respectfully requests withdrawal of her appearance as counsel of record for Defendants OJSC Sberbank of Russia, Sberbank Capital, NEO Centre, Herman Gref (incorrectly identified in the Complaint as German Gref), Oleg Gref, and Ashot Khachaturyants (incorrectly identified in the Complaint as Ashot Khachyatureants), as she will no longer be employed by the law firm of Debevoise & Plimpton LLP as of February 20, 2018.

**PLEASE TAKE FURTHER NOTICE** that John S. Kiernan and William H. Taft V of Debevoise & Plimpton LLP entered appearances as counsel for Defendants OJSC Sberbank of Russia, Herman Gref (incorrectly identified in the Complaint as German Gref), Oleg Gref, and NEO Centre on March 10, 2017 [Dkts. No. 59 and 60], entered appearances as counsel for Defendants Sberbank Capital and Ashot Khachaturyants (incorrectly identified in the Complaint as Ashot Khachyatureants) on September 29, 2017 [Dkts. No. 86 and 87], and will remain as counsel of record for these Defendants.

Dated: New York, New York
       February 20, 2018

Respectfully Submitted,

DEBEVOISE & PLIMPTON LLP

By: /s/ Sonia R. Farber
     Sonia R. Farber

919 Third Avenue
New York, New York 10022
Tel: (212) 909-6486
Fax: (212) 521-7286
srfarber@debevoise.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
PPF MANAGEMENT LLC,                          :
                                             :
                    Plaintiff,               :
                                             :
        - against -                          :       Case No. 1:16-cv-09139 (PGG)
                                             :
OJSC SBERBANK OF RUSSIA, et al.,             :
                                             :
                    Defendants.              :
------------------------------------------------------- X

**ORDER REGARDING MOTION TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL RULE 1.4**

The Court, having considered the motion seeking leave, pursuant to Local Rule 1.4, for Sonia R. Farber to withdraw as counsel for Defendants OJSC Sberbank of Russia, Sberbank Capital, NEO Centre, Herman Gref (incorrectly identified in the Complaint as German Gref), Oleg Gref, and Ashot Khachaturyants (incorrectly identified in the Complaint as Ashot Khachyatureants) in the above-captioned action, and it appearing to the Court that the relief requested is appropriate,

IT IS HEREBY ORDERED that Sonia R. Farber is granted leave to withdraw from her representation of Defendants OJSC Sberbank of Russia, Sberbank Capital, NEO Centre, Herman Gref (incorrectly identified in the Complaint as German Gref), Oleg Gref, and Ashot Khachaturyants (incorrectly identified in the Complaint as Ashot Khachyatureants) in this action and that such withdrawal is effective immediately.

Dated:  February ____, 2018              SO ORDERED _____
                                                        Honorable Paul G. Gardephe