```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

PFF MANAGEMENT LLC,

              Plaintiff,

         v.                              16 CV 9139 (PGG)

OJSC SBERBANK OF RUSSIA, et al.,
                                         Conference
              Defendants.

------------------------------x
                                         New York, N.Y.
                                         February 27, 2018
                                         10:30 a.m.

Before:

         HON. PAUL G. GARDEPHE

                                         District Judge




         APPEARANCES


GREENBERG TRAURIG LLP
     Attorneys for Plaintiff
BY:  CAROLINE J. HELLER


DEBEVOISE & PLIMPTON
     Attorneys for Sberbank defendants
BY:  WILLIAM H. TAFT V
     JOHN S. KIERNAN


BLANKROME
     Attorneys for Sberbank defendants and Aleksey Bazarnov
BY:  RICK ANTONOFF
     EVAN J. ZUCKER
```

1              APPEARANCES

2

3  K&L GATES LLP
        Attorneys for Sberbank defendants
4  BY:  JOANNA A. DIAKOS

5  MORGAN LEWIS & BOCKIUS LLP
        Attorneys for Defendants Pramsuyazbank and PJSC
6  BY:  JOHN A. VASSALLO, III

7
   WATSON FARLEY & WILLIAMS LLP
8       Attorneys for Defendant Sergey Kublitskiy
   BY:  JOHN G. KISSANE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1       (Case called)

2       THE COURT:  This case concerned allegations that a
3   Russian businessman and his wife who were majority shareholders
4   in a Russian granite company were wrongfully forced out of
5   their ownership of that enterprise.  Their claims have been
6   assigned to the plaintiff in this case PPF Management LLC.

7       There are two matters that I need to address this
8   morning.  First IS the defendants' claim that I lack subject
9   matter jurisdiction because the complaint pleads that the
10  plaintiff is a citizen of Delaware.  It also pleads that one of
11  the defendants, Sberbank CIV USA, is a Delaware corporation.
12  Secondly, plaintiff's counsel Greenberg Traurig has moved to
13  withdraw.  Those are the two matters that I need to address.

14      Let me begin with subject matter jurisdiction.  As I
15  indicated, complaint pleads in paragraphs 12 and 42 that the
16  plaintiff is a citizen of Delaware.  It pleads in paragraph 35
17  that defendant Sberbank CIV USA, Inc. is a Delaware
18  corporation.  It appears to me that there is a defect as to
19  subject matter jurisdiction that is apparent from the face of
20  the complaint.

21      Ms. Heller, anything you want to say on that subject?
22      MS. HELLER:  No, your Honor.
23      THE COURT:  Then I intend to issue an order dismissing
24  the case for lack of subject matter jurisdiction.
25      With respect to plaintiff's counsel's application to

1   withdraw, for the record, I have received a declaration
2   indicating that Greenberg Traurig has not been paid since June
3   12, 2017, it has lost all ability to communicate with its
4   client.  Citing the Timofti declaration paragraphs 3, 5 through
5   6, 10, and 12 through 15.  Accordingly, given these
6   circumstances, I am granting the motion to withdraw.
7            I have an application from a receiver to request that
8   Greenberg Traurig be directed to preserve all records of the
9   case.  Ms. Heller, do you have any objection to that
10  application?
11           MS. HELLER:  I have no objection to preserving the
12  records of the case.  I would just note that the request was
13  also for us to cooperate.  Obviously, Greenberg Traurig will
14  comply with any court directives, also taking into
15  consideration its obligations to PPF management.
16           THE COURT:  I'm not going to direct the firm to
17  cooperate with the receiver.  The bankruptcy court can take
18  whatever action it deems appropriate.  But I am going to order
19  Greenberg Traurig to preserve all records so that they are
20  available in case the receiver makes an application to the
21  bankruptcy court for them to be provided.
22           I know, Ms. Heller, that you have had tremendous
23  difficulty in communicating with your client, but I'm asking
24  you to take all steps, all possible steps, to notify your
25  client of the orders that I am issuing today, the order

1  dismissing the case for lack of subject matter jurisdiction as
2  well as the order granting your motion to withdraw.
3           MS. HELLER:  Yes, your Honor, we will do that.
4           THE COURT:  Anything else anyone wants to say?
5           MR. KIERNAN:  No, your Honor.
6           (Adjourned)